Civil Action No.   1:22-CV-06845

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*



1514007

The summons for *(name of individual and title, if any)*   MANHATTAN AVENUE COMMUNITY CAFE INC

was received by me on *(date)*   8/12/22   .

☐ I personally served the summons on the individual at (place) _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there,
on (date) _____ at _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual)   Pedro Doe, General Agent   , who is
designated by law to accept service of process on behalf of (name of organization) _____
MANHATTAN AVENUE COMMUNITY CAFE INC   on *(date)*   8/19/22   11:57 AM   ; or

☐ I returned the summons unexecuted because _____ ; or

Other (specify):

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

08/22/2022

*Server's signature*

RIGOBERTO OCASIO   1340466

*Printed name and title*

166-06 24th Road, Whitestone, NY 11357

*Server's address*

Additional information regarding attempted service, etc:

SERVED AT 51 W. 106TH STREET NEW YORK, NY 10025
MALE, BROWN SKIN, BLACK HAIR, 35 YRS OLD, 5'4"-5'8", 161-200 LBS

*PREFERRED PROCESS SERVERS INC 166-06 24TH RD, LL, WHITESTONE, NY 11357 718-362-4890 LIC#2003142-DCA*