UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
Ingrid Cuevas, *on behalf of herself and others similarly situated in the proposed FLSA Collective Action,*

                              *Plaintiff*,

      - *against* -

Manhattan Avenue Community Cafe Inc., and Wascar Then,

                              *Defendants*.
---------------------------------------------------------------X

Case No.: 22-cv-06845

**FED.R.CIV.P. 68 JUDGMENT**

      Whereas pursuant Rule 68 of the Federal Rules of Civil Procedure, Defendants Manhattan Avenue Community Cafe Inc., and Wascar Then (collectively, the "Defendants"), having offered to allow Plaintiff Ingrid Cuevas ("Plaintiff") to take a judgment against the Defendants in this action for the total sum Six Thousand Dollars and Zero Cents ($6,000.00), inclusive of reasonable attorney's fees, costs, and expenses, and apportioned to the legal representation of Plaintiff, for Plaintiff's claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action, Plaintiff's attorney having confirmed acceptance of Defendants' offer of judgment, it is,

      ORDERED, ADJUDGED, AND DECREED, that Plaintiff has judgment in the amount of $6,000.00 as against Defendants.

      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that this action is hereby dismissed with prejudice as against Defendants.

Dated: _____ _____, 2022
       New York, New York

                                                        SO ORDERED:

                                                        _____
                                                        John G. Koeltl U.S.D.J.