**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

Ingrid Cuevas, *on behalf of herself and others*
*similarly   situated   in   the   proposed   FLSA*
*Collective Action,*

Case No.: 22-cv-06845

                                    *Plaintiff,*

**FED.R.CIV.P. 68 JUDGMENT**

        - against -

Manhattan  Avenue  Community  Cafe  Inc.,  and
Wascar Then,

                                    *Defendants.*
-------------------------------------------------------------------X

        Whereas pursuant Rule 68 of the Federal Rules of Civil Procedure, Defendants Manhattan

Avenue Community Cafe Inc., and Wascar Then (collectively, the "Defendants"), having offered

to allow Plaintiff Ingrid Cuevas ("Plaintiff") to take a judgment against the Defendants in this

action for the total sum Six Thousand Dollars and Zero Cents ($6,000.00), inclusive of reasonable

attorney's fees, costs, and expenses, and apportioned to the legal representation of Plaintiff, for

Plaintiff's  claims  against  Defendants  arising  out,  alleged  in,  or  related  to,  the  facts  and

transactions  alleged  in  the  above-captioned  action,  Plaintiff's  attorney  having  confirmed

acceptance of Defendants' offer of judgment, it is,

        ORDERED, ADJUDGED, AND DECREED, that Plaintiff has judgment in the amount of

$6,000.00 as against Defendants.

        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that this action is hereby

dismissed with prejudice as against Defendants.

Dated: _____9/8_____ _____, 2022
        New York, New York

                                            SO ORDERED:

                                            John G. Koeltl U.S.D.J.